MINUTE ENTRY
ZAINEY, J.
June 29, 2021

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 20-66 A |
| BRADLEY EDWARD CORLEY | SECTION: |

### SENTENCING

Court Reporter: Alexis Vice
Case Manager: James Crull and Wayne Parker
Judicial Assistant: Pamela Angelette

PRESENT:   Jordan Ginsberg, Counsel for the government
Valerie Jusselin, Counsel for defendant
Danielle Robinson , U. S. Probation

Case called 10:40 a.m..

Defendant present and sentenced to count(s) 2 of the Indictment.

Counts dismissed on motion of the United States as to this defendant: 1.

See Judgment.

The defendant was remanded.

Hearing completed 11:25 a.m..

JS-10:  0:45